UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-087 JD |
| | ) | |
| OSCAR RUELAS (01) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 20, 2012 [DE 30]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Oscar Ruelas' plea of guilty, and FINDS the defendant guilty of Counts 1, 2, 3, 4, 5, and 7 of the Information, in violation of 21 U.S.C. § 841(a)(1) and Count 6 of the Information, in violation of 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:  October 3, 2012

                                            /s/ JON E. DEGUILIO
                                            Judge
                                            United States District Court